### August 6, 1970

## Adamson *v.* Philco Corporation et al., Appellants.

Argued June 12, 1970.

*Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellants; *Frederick W. Anton, III,* for appellee.

Judgment affirmed.